IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

PATTIE J. FULGHAM                                                                                           PLAINTIFF

VS.                                                              CIVIL ACTION NO.: 1:15-cv-150-SA-DAS

WAL-MART STORES EAST, LP                                                                        DEFENDANT

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, PATTIE J. FULGHAM, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for Defendant, Wal-Mart Stores East, LP, joins in with this motion, finds that the relief requested is well founded and should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 23rd day of February, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT COURT JUDGE

AGREED TO AND APPROVED AS TO FORM:

| s/ Thomas M. Louis | s/ J. Niles McNeel |
|---|---|
| Thomas M. Louis (MSB #8484) | J. Niles McNeel (MSB #2786) |
| Wells Marble & Hurst, PLLC | McNeel & Ballard |
| P. O. Box 131 | P. O. Box 28 |
| Jackson, MS  39205-0131 | Louisville, MS  39339 |
| *Attorney for Defendant* | *Attorney for Plaintiff* |